tered, that the plea was based on a coerced confession, and that he was denied his right to appeal.

A full evidentiary hearing was held by the post-conviction court and the post-conviction judge found as fact that none of appellant's allegations was true. The record of the Post Conviction Hearing Act proceedings provides ample support for the factual conclusions of the court below.

Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.

## Commonwealth *v.* Reed, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Edwin S. Heins, Jr.,* and *Raspin, Espenshade, Heins & Erskine,* for appellant.

*James T. Owens* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.